MARY W. MITCHELL et al., as Executors of DONALD MITCHELL, Deceased, Appellants, *v.* JOHN L. MURRAY, Respondent, Impleaded with Others.

*Mitchell* v. *Dunmore Realty Co.*, 156 App. Div. 117, affirmed.
(Argued December 1, 1914; decided December 15, 1914.)

APPEAL from so much of a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1913, as affirmed a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Walter H. Dodd* and *Edward H. Tatum* for appellants.

*Norbert Heinsheimer* and *Henry K. Heyman* for respondent.

Judgment affirmed, with costs. Even if the original contract had not been under seal the evidence offered would not be sufficient to show that the same had been modified by a subsequent parol contract.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Absent: WERNER, J.